UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UMAR ALI

PLAINTIFF

v.s.

DEPUTY D. MOORE, Deputy RAMOS,
Officer McCabe, Security officer Harris,
Security Officer Mundy, Security Captain Thompson,
CITY OF NEW YORK, WARDEN OF O.B.L.L,
Dora Schriro, Hildy J. Simmons,
Richard T. Wolf, Michael J. Regan,
Kennith T. ARMSTEAD, Larry Davis,
Florence Finkle, Lewis Finkelman,
Micheal Hourihane, Correctional Health Services /
Prison Health Services, and John Does
1 Through 9, Officer Reese, Captain Medina,
_____ _____ Defendants,

14 CV 06597

AUG 11 2014

PRO SE OFFICE

COMPLAINT

CIVIL RIGHTS ACT
42 U.S.C § 1983

JURY TRIAL
DEMANDED

Plaintiff, UMAR ALI, Pro Se hereby
alleges as follows:

1. This is a Civil rights action in which
Pro Se Plaintiff seeks to vindicate rights
Secured by The United States Constitution,
42 U.S.C § 1983, the First, Fifth, Eighth and
fourteenth Amendments to the United States

1