UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| UMAR ALLI,<br><br>                                  Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                                 Defendants. | **DECLARATION OF JOSEPH A. MARUTOLLO IN SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION TO DISMISS THE COMPLAINT**<br><br>14 Civ. 6597 (AT) |

------------------------------------------------------------------------x

**Joseph A. Marutollo**, an attorney duly admitted to practice in the Southern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant City of New York.

2. This declaration is submitted in support of defendant's motion to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. I am familiar with the facts and circumstances stated herein based upon personal knowledge, the books and records of the City of New York, and conversations with its agents and employees. I submit this declaration to place the relevant documents in the records.

3. A copy of plaintiff Alli's application to proceed with IFP status, dated August 11, 2014, is annexed hereto as Exhibit "A." Exhibit "A" is plaintiff's request to proceed *In Forma Pauperis*.

4.	A copy of the comptroller's information, dated November 3, 2014, is annexed hereto as Exhibit "B."  Exhibit "B" is a copy of the information pertaining to the settlement check issued by the Comptroller to Plaintiff Alli, which indicates that a check to plaintiff for $50,000 was cashed on April 30, 2014.

5.	A copy of Plaintiff's letter to the Court, dated November 13, 2014, is annexed hereto as Exhibit "C." Exhibit "C" is a letter written by plaintiff to the Court explaining the discrepancies in his application for IFP status.

Dated:	New York, New York
	December 10, 2014

								ZACHARY W. CARTER
								Corporation Counsel of the
								  City of New York
								*Attorney for Defendant City of New York*
								100 Church Street, Room 3-168
								New York, New York 10007
								(212) 356-2334

								By:	         /s/
									Joseph A. Marutollo
									Assistant Corporation Counsel
									Special Federal Litigation Division


cc:	Umar Alli, Plaintiff *Pro Se* (By First Class Mail)
	Din #:12A1086
	Downstate Correctional Facility
	Red Schoolhouse Road, Box 445
	Fishkill, NY 12524-0445

14 Civ. 6597 ((AT)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                                                      Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                                                      Defendants.

**DECLARATION OF JOSEPH A. MARUTOLLO**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, New York  10007*

*Of Counsel: Joseph Marutollo*
*Tel:  (212) 356-2334*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..................................................................................., 2014*

*............................................................................................................. Esq.*

*Attorney for .........................................................................................................*