UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UMAR ALLI,                                                    :

                        Plaintiff,      :

                -against-      :        ORDER

DEPUTY D. MOORE, DEPUTY RAMOS,             :        14-CV-6597 (AT)(KNF)
OFFICER McCABE, SECURITY OFFICER HARRIS,
SECURITY OFFICER MUNDY, SECURITY CAPTAIN   :
THOMPSON, CITY OF NEW YORK, WARDEN OF
OBCC, DORA SCHRIRO, HILDY J. SIMMONS,       :
RICHARD T. WOLF, MICHAEL J. REGAN,
KENNETH T. ARMSTEAD, LARRY DAVIS,           :
FLORENCE FINKLE, LEWIS FINKLEMAN,
MICHAEL HOURIHANE, CORRECTIONAL HEALTH     :
SERVICES/PRISON HEALTH SERVICES, and
JOHN DOES 1 THROUGH 9, OFFICER REESE,       :
CAPTAIN MEDINA, CATHY POTTER,

                          :

                 Defendants.  :

-------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with counsel to the defendants and plaintiff pro se on

December 8, 2015. As a result of the discussion had during the conference, IT IS HEREBY

ORDERED that, on or before December 22, 2015, all defendants who have been served with the

summons and complaint or who have waived service shall serve and file their answer(s) to the

plaintiff's complaint.

Dated: New York, New York                SO ORDERED:
       December 9, 2015

                                         _Kevin Nathaniel Fox_
Mailed copy to:                       KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE
Umar Alli