Umar Alli - 241-15-09985                           12-24-15

Rikers Island A.M.K.C         RECEIVED                CC
18-18 Hazen Street            SDNY PRO SE OFFICE
East Elmhurst 11370           2015 DEC 29 PM 3:15

                              PRO SE CLERK
                              UNITED STATES DISTRICT COURT
Change of address             SOUTHERN DISTRICT OF NEW YORK
                              500 PEARL ST.
                              NEW YORK NEW YORK 10007

To; Pro SE Clerk,

I Umar Alli Pro SE Plaintiff In the below stated matters hereby Issue notice of change of address for the below stated matters. Plaintiff also respectfully request that the Courts Provide Courtesy Copy of all Docket Sheets.

12 CIV 3947 (GBD)(GWG)
14 CIV. 6597 (AT)(KNF)
14 CIV. 10257 (RA)(JCC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/15
```

UMAR ALLI 241-15-09985
18-18 HAZEN ST.
E. Elmhurst 11370                    Respectfully

Umar Ali 241-15-09985
M.H.C. [redacted] 18-16 Hazen St
East Elmhurst 11370

Legal Mail

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 29  PM 3:15

Pro Se Clerk
Southern District of New York
United States District Court
500 Pearl Street
New York NY 10007



USM P3
SDNY

NEW YORK NY 100
28 DEC 2015 PM 7 L

USA FOREVER