USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-11-16

Umar Alli 241-15-09985
V.C.B.C 1 Halleck
Bronx New York 10471

Jan 22. 2016

cc

Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York New York 10007

Change of address

To Pro Se Clerk,

I Umar Alli Pro Se Plaintiff In the below stated matters hereby notify the Courts of the current change of address for all the below stated matters. Thank you for your time and consideration for this Matter.

12. Civ. 3947 (GBD)(GWG)
14. Civ. 6597 (AT)(KNF)
14. Civ. 10257 (RA)(JLC)

RECEIVED
FEB 11 2016
PRO SE OFFICE

Current Address,
Umar Alli 241-15-09985
V.C.B.C 1 Halleck
Bronx New York 10471

Respectfully