Umar Alli 241-15-09985
A.M.K.C - Rikers Island
18-18 Hazen Street
East Elmhurst 11370

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 29 AM 9:57

february 2, 2016
cc

RE, 14 cv 6597 Alli v. Moore et AL
12 cv 3997 Alli v. Diperri et AL
14 cv 10257 Alli v. Pediar et AL

Pro Se Clerk
Southern District of New York
United States District Court
500 Pearl St.
New York, New York 10007

To: Pro Se Clerk

This letter is in regards to the above three matters. I have wrote the Courts requesting the docket sheets in all matters and as of todays date have not received any docket sheets. I have no knowledge of any current actions in any of the three matters. Wherefore I'm respectfully requesting a courtesy copy of each docket sheet. Also that the Courts note the below change of address. Thank you for your time and consideration.

Umar Alli 241-15-09985
AMKC, 18-18 Hazen Street
East Elmhurst 11370

Respectfully

Uder Ani: 241-15-04985
2rkers Island, N.Y.C
18-18 Hazen St.
East Elmhurst New York 11370

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 29 AM 9:57

USM SDNY



Pro Se Clerk
Southern District of New York
United States District Court
500 Pearl St.
New York NY 10007