USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                Plaintiff,

-against-

DEPUTY D. MOORE, DEPUTY RAMOS, OFFICER McCABE, SECURITY OFFICER HARRIS, SECURITY OFFICER MUNDY, SECURITY CAPTAIN THOMPSON, CITY OF NEW YORK, WARDEN OF O.B.C.C., DORA SCHRIRO, HILDY J. SIMMONS, RICHARD T. WELCH, MICHAEL D. REGAN, KENNITH T. ARMSTEAD, LARRY DAVIS, FLORENCE FINKE, LEWIS FINKLEMAN, MICHAEL HOURIHANE, CORRECTIONAL HEALTH SERVICE/PRISON HEALTH SERVICES, and JOHN DOES 1 THROUGH 9, OFFICER REESE, CAPTAIN MEDINA, CATHY POTTER,

                Defendants.

14 Civ. 6597 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    On December 21, 2015, the Court issued an order dismissing this action, having been advised by Defendants that the parties had reached a settlement agreement. Order of Dismissal 1, ECF No. 77. On May 22, 2016, Plaintiff moved to reopen the case, arguing that the parties had in fact never reached a final, enforceable agreement. Letter Mot. 1-2, ECF No. 83. The same steps were taken in the other two cases which were allegedly resolved by the same December agreement. *See Alli v. Pedlar*, No. 14 Civ. 10257 (RA) (JLC) (S.D.N.Y. dismissed Dec. 18, 2015); *Alli v. Warden of A.R.N.D.C.*, No. 12 Civ. 3947 (GBD) (GWG) (S.D.N.Y. dismissed Dec. 18, 2015).

    Having reviewed the parties' letters, the Court concurs with the Honorable Ronnie Abrams that the oral agreement is not enforceable and that the untimeliness of Plaintiff's motion should be excused. *See* Memorandum Endorsement, *Pedlar*, No. 14 Civ 10257 (S.D.N.Y. July 18, 2016), ECF No. 77. For the reasons stated in Judge Abrams's order, Plaintiff's motion is GRANTED.

    The Clerk of Court is directed to reopen the case.

SO ORDERED.

Dated: August 19, 2016
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge