UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UMAR ALLI,                                              :

                        Plaintiff,                      :

            -against-                                   :               ORDER
                                                                14 CV 6597 (AT) (KNF)
DEPUTY D. MOORE, et al.,                                :

                        Defendants.                     :
-------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that a telephonic status conference shall be held in the

above-captioned action on October 12, 2016, at 2:00 p.m.  Counsel to the plaintiff shall initiate the

call to (212) 805-6705.

Dated: New York, New York                       SO ORDERED:
        September 12, 2016

                                                _Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/16