UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UMAR ALLI,
                               Plaintiff,

                  -against-

DEPUTY D. MOORE, et al.,

                           Defendants.

------------------------------------------------------------------X

ORDER
14 CV 6597 (AT) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/4/16

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephonic status conference scheduled previously in the

above-captioned action for October 12, 2016, shall be held on November 2, 2016, at 10:00 a.m.

Counsel to the plaintiff shall initiate the call to (212) 805-6705.

Dated: New York, New York
       October 4, 2016

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE