```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UMAR ALLI,                                                        :

                    Plaintiff,                                    :

           -against-                                              :         ORDER

DEPUTY D. MOORE, DEPUTY RAMOS,                                    :         14-CV-6597 (AT)(KNF)
OFFICER McCABE, SECURITY OFFICER HARRIS,
SECURITY OFFICER MUNDY, SECURITY CAPTAIN                          :
THOMPSON, CITY OF NEW YORK, WARDEN OF
OBCC, DORA SCHRIRO, HILDY J. SIMMONS,                             :
RICHARD T. WOLF, MICHAEL J. REGAN,
KENNETH T. ARMSTEAD, LARRY DAVIS,                                 :
FLORENCE FINKLE, LEWIS FINKLEMAN,
MICHAEL HOURIHANE, CORRECTIONAL HEALTH                            :
SERVICES/PRISON HEALTH SERVICES, and
JOHN DOES 1 THROUGH 9, OFFICER REESE,                             :
CAPTAIN MEDINA,
                                                                  :
                    Defendants.
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic status conference was held with counsel to the respective parties on November 2, 2016. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. plaintiff file an amended complaint or move to file an amended complaint on or before November 10, 2016;

2. all discovery, of whatever nature, shall be initiated so as to completed on or before May 2, 2017;

3. a telephonic status conference will be held with the parties on April 11, 2017, at 10:00 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date; and

4. a settlement conference will be held with the parties on May 16, 2017, at 10:30 a.m. The procedures under which the conference will be conducted are being provided to the parties with a copy of this order.

Dated: New York, New York
November 2, 2016

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE