The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



January 20, 2017

The Honorable Analisa Torres
The Honorable Kevin Nathaniel Fox
The Honorable Clerk of the Court
United States District Court for the Southern District of New York

Re: <u>Alli v. Moore, et al.</u>, No. 14 Civ. 6597 (AT) (KNF)

Dear Judge Torres, Judge Fox and the Clerk of the Court:

    I represent Plaintiff Umar Alli in the above-captioned Section 1983 litigation. When I last filed this First Amended Complaint, on November 9, 2016, there was a procedural misstep that the Clerk of the Court asked me to correct. I apologize for not correcting this some time ago.

    I re-file it now so that it may be properly set on the docket. I note that I have conferred with Defense Counsel, and <u>Defendants consent</u>. Thank you.

Sincerely,

Ryan Lozar